1  McGREGOR W. SCOTT
   United States Attorney
2  DEBORAH LEE STACHEL
   Regional Chief Counsel
3  DANIEL P. TALBERT
   Special Assistant United States Attorney
4      Social Security Administration
       160 Spear Street, Suite 800
5      San Francisco, CA 94105
       Telephone: (415) 977-8995
6      Facsimile: (415) 744-0134
   Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| KATHRYN ANN SHOEMAKER,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>Defendant. | No. 2:19-cv-01230-CKD<br><br>STIPULATION AND ORDER TO REMAND FOR FURTHER PROCEEDINGS PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g), AND FOR ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF |

The parties stipulate by counsel that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

Upon remand, the Appeals Council will instruct the Administrative Law Judge to reconsider the claimant's subjective complaints; reconsider the claimant's residual functional capacity and Dr. West's opinion; if necessary, obtain supplemental evidence from a vocational expert; offer the claimant a hearing; and issue a new decision. The parties stipulate that the Commissioner shall reassign this case on remand to a different administrative law judge.

//

Respectfully submitted January 7, 2020.

DATED: January 7, 2020   */s/ Stuart Barasch*
STUART BARASCH
(as authorized by email)
Attorney for Plaintiff

McGREGOR W. SCOTT
United States Attorney

DATED: January 7, 2020   By   *s/ Daniel P. Talbert*
DANIEL P. TALBERT
Special Assistant United States Attorney

Attorneys for Defendant

ORDER

Pursuant to stipulation, it is so ordered.

Dated: January 9, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE